**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 284 MAL 2017

Respondent                  :

                                  :   Petition for Allowance of Appeal from

                                  :   the Order of the Superior Court

v.                       :

                                  :

                                  :

JOSE LUIS FLORES-MEDINA,           :

                                  :

Petitioner                  :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.